

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **TONJHA HICKS** | **CIVIL ACTION NO. 1:09-0625** |
| -vs- | **JUDGE DRELL** |
| **MICHAEL J. ASTRUE,** **COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE KIRK** |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring in part with the Magistrate Judge's findings under the applicable law, this Court adopts the Report and Recommendation, subject to the modifications set forth herein.

The Court agrees that the ALJ erred in determining Ms. Hicks's bipolar and anxiety disorders are inextricably associated with her drug and alcohol dependence. However, the extent to which the claimant's severe mental impairments impact her vocational abilities, absent any drug and alcohol issues, is not adequately developed in the record.

Accordingly, IT IS ORDERED that the decision of the Commissioner is REVERSED AND VACATED, and this case is REMANDED to the Commissioner

for further proceedings in accordance with this Judgment and the Report and Recommendation issued herein.

SIGNED on this 23rd day of September, 2010, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE